■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLEVE J. GAY, Appellant. [758 NYS2d 843] —Appeal from a judgment of the County Court of Broome County (Mathews, J.), rendered December 20, 2000, which revoked defendant's probation and imposed a sentence of imprisonment.

Defendant was serving a five-year term of probation following his conviction of the crime of attempted criminal possession of a controlled substance in the third degree when he was arrested and charged with criminal possession of a controlled substance in the third degree. Thereafter, County Court found defendant guilty of violating the terms of his probation by committing another crime, revoked his probation and sentenced him to a prison term of 4½ to 13½ years. Defendant appeals.

Defendant contends that the sentence imposed was harsh and excessive. We disagree. Given that defendant had served only 3½ months of a previous term of probation when he was arrested for committing additional drug-related crimes, we find that the sentence was appropriate (*see People v Dela Cruz*, 282 AD2d 775 [2001]). As there are no extraordinary circumstances warranting a reduction of the sentence in the interest of justice, it will not be disturbed (*see People v Murphy*, 257 AD2d 766, 767 [1999], *lv denied* 93 NY2d 876 [1999]).

Peters, J.P., Spain, Carpinello, Rose and Kane, JJ., concur. Ordered that the judgment is affirmed.